**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03079-GPG

ZACARIAS MOUSSAOUI,

    Plaintiff,

v.

RAMZI YUSUF,
MUSTAFA KAMAL, a/k/a Sheik Abu Hamza, and
ABU RAIB,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff Zacarias Moussaoui is in the custody of the Bureau of Prisons, currently incarcerated at Florence ADMAX. On October 13, 2020, he submitted *pro se* a Prisoner Complaint asserting claims of conspiracy, obstruction of justice, and tampering with witnesses. (ECF No. 1).

    On October 15, 2020, Magistrate Judge Gordon P. Gallagher ordered Mr. Moussaoui to cure certain deficiencies if he wished to pursue any claims in this action. (ECF No. 3). Specifically, Mr. Moussaoui was ordered to either pay the $400.000 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form. (*Id.*). Additionally, Mr. Moussaoui was instructed that he must submit accurate information for all sections of the court-approved Prisoner Complaint form, including addresses for the defendants, and Sections C., E., and F. (*Id.*). The Clerk of Court sent Mr. Moussaoui copies of the court-

1

approved forms and the applicable instructions.  Magistrate Judge Gallagher warned Mr. Moussaoui that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On November 2, 2020, Plaintiff filed a Letter requesting the Court to order Trump and/or FBI agents to allow him to access his money to pay the $400 court fee. (ECF No. 4).  The Court denied his request (ECF No. 5), and informed Plaintiff (as he had been previously informed), that if he does not have access to enough money to pay the filing fee, he may submit a motion for leave to proceed *in forma pauperis*.

Mr. Moussaoui has failed to cure the deficiencies as directed within the time allowed.  Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal, he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  4th  day of    December    , 2020.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court